UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| MORALES, SAMUEL | § | Case No. 13-42197 |
| MORALES, SUSAN D. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKR. CT
219 S. DEARBORN STREET
7TH FLOOR
CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/30/2014 in Courtroom 682,

United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/20/2014      By: /s/ Andrew J. Maxwell
                                                Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MORALES, SAMUEL § Case No. 13-42197
MORALES, SUSAN D. §
§
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,857.00 |
| and approved disbursements of | $ | 22.73 |
| leaving a balance on hand of[1] | $ | 8,834.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,635.70 | $ 0.00 | $ 1,635.70 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,635.70 |
| Remaining Balance | | | $ 7,198.57 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 88,103.12 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Illinois Department of Revenue | $ 88,103.12 | $ 0.00 | $ 7,198.57 |
| | Total to be paid to priority creditors | | | $ 7,198.57 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,703.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Al Warren Oil | $ 8,724.96 | $ 0.00 | $ 0.00 |
| 000002 | Archer Engineering Co. | $ 590.00 | $ 0.00 | $ 0.00 |
| 000003 | PYOD, LLC its successors and assigns as | $ 1,961.19 | $ 0.00 | $ 0.00 |
| 000004 | PYOD, LLC its successors and assigns as | $ 19,307.48 | $ 0.00 | $ 0.00 |
| 000005 | Access Group Inc | $ 519.89 | $ 0.00 | $ 0.00 |
| 000006 | Access Group Inc | $ 902.36 | $ 0.00 | $ 0.00 |
| 000007 | Capital One, N.A. | $ 920.54 | $ 0.00 | $ 0.00 |
| 00008-1 | Illinois Department of Revenue | $ 22,777.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 13-42197-JBS
Samuel Morales                                                              Chapter 7
Susan D. Morales
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster              Page 1 of 2               Date Rcvd: Nov 25, 2014
                              Form ID: pdf006              Total Noticed: 79

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2014.
```
db         +Samuel Morales,    3114 S. Euclid Ave.,    Berwyn, IL 60402-3147
jdb        +Susan D. Morales,    4642 Custer,    Brookfield, IL 60513-2519
21159965   +977 Praxair Distribution Inc.,    Dept. Ch. 10660,    Palatine, IL 60055-0001
22254695   +Access Group Inc,    Xerox Edctn Svcs LLC dba ACS Edctn Svcs,    501 Bleecker St,
             Utica, NY 13501-2401
21159966   +Access Group, Inc DB;AGPV5A.1,    Xerox Education Services, LLC,    dba ACS Education Services,
             501 Bleecker St.,    Utica, NY 13501-2401
21159967   +Aetna Truck Parts,    1133 W. Pershing Road,    Chicago, IL 60609-1429
21336694   +Al Warren Oil,    POB 40,    Summit, IL 60501-0040
21159968   +American Gases Corp.,    3949 Grove Ave.,    Gurnee, IL 60031-2118
21159969   +Archer Engineering Co.,    3154 South Archer Ave.,    Chicago, IL 60608-6293
21159970   +Barry A. Springer,    Attorney at Law,    4350 Oakton, #206A,    Skokie, IL 60076-3270
21159971    Berkley Assigned Risk Services,    Riverprot Insurance Company,    PO BOX 59143,
             Minneapolis, MN 55459-0143
21159972    Bill-Me-Later,    PO Box 2394,    Omaha, NE 68103-2394
21159973    Blue Cross Blue Shield,    25550 Network Place,    Chicago, IL 60673-1255
21159975   +Brown & Joseph, Ltd.,    PO BOX 59838,    Schaumburg, IL 60159-0838
21159976    Camilleri Medical Center, Ltd.,    2618 Ridgeland,    Berwyn, IL 60402-5184
22506707    Capital One, N.A.,    Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
             Malvern, PA 19355-0701
21159977    Capital One/Best Buy,    Attn: Bankruptcy Department,    PO Box 85167,    Richmond, VA 23285-5167
21159978    Care Connection Plus,    7277 Bernice Suite 103,    Center Line, MI 48015-1227
21159979    Chase,   Customer Service,    PO BOX 15299,    Wilmington, DE 19850-5299
21159980   +Chase/Bank One,    PO Box 15298,    Wilmington, DE 19850-5298
21159981    Citibank,    PO BOX 6000,    The Lakes, NV 89163-6000
21159982   +Client Services,    3451 Harry S. Truman Blvd.,    St. Charles, MO 63301-9816
21159983   +Conoco Phillips Fleet,    PO BOX 412535,    Kansas City, MO 64141-2535
21159984   +Convergent Healthcare Recoveries, Inc.,    124 SW Adams St., Suite 215,    Peoria, IL 61602-2321
21159985   +Cook County Department of Revenue,    PO BOX 94401,    Chicago, IL 60690-4401
21159986   +Corporate Creations Chicago, LLC,    1443 W. Belmont Ave. #C,    Chicago, IL 60657-2110
21159990   +D&S, LTD,    13809 Research Blvd., Suite 800,    Austin,TX 78750-1211
21159991   +Douglas R. Johnson P.C. Law,    321 N. Clark St., 5th Floor,    Chicago, IL 60654-4769
21159992  #+Drop Zone Portable Services,    PO BOX 964,    Frankfort, IL 60423-0964
21159993   +EDFINANCIAL/EDSOUTH,    120 N SEVEN OAKS DR,    KNOXVILLE, TN 37922-2359
21159995   +Espana Welding,    3525 W. 38th Place,    Chicago, IL 60632-3315
21159997   +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
             Houston, TX 77081-1108
21159998    Genesis Clinical Laboratory,    PO Box 830913,    Birmingham, AL 35283-0913
21159999    Goodyear/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
21160001   +Greenberg, Grant & Richards, Inc.,    5858 Westheimer Rd.,    Suite 500,    Houston, TX 77057-5645
21160003   +Herald Machine Works,    PO BOX 6331,    7100 Industrial Hwy.,    Gary, IN 46406-1045
21160004    Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
21160006   #Integrity Solution Services, Inc.,    PO BOX 7230,    Overland Park, KS 66207-0230
21160007   +JEI Inc.,    1876 Custer Roberts Hollow Ln.,    Custer, KY 40115-5170
21160008   +JP Morgan Chase Bank, NA,    Oak Park- Lake LPO,    1048 Lake Street,    Oak Park, IL 60301-1055
21160009   +Justine Zhou,    2153 S. China Place,    Chicago, IL 60616-1536
21160011   +Law Offices of Ross Gelfand,    1265 Minhinette Drive,    Suite 150,    Roswell, GA 30075-3656
21160012   +Lechner & Sons,    420 Kingston Court,    Mt. Prospect, IL 60056-6068
21160013   +M3 Financial Services,    PO BOX 7230,    Westchester, IL 60154-7230
21160014   +MacNeal Hospital,    3249 S. Oak Park Ave.,    Berwyn, IL 60402-0715,    Attn: Billing/Collections
21160015   +Manitex International,    9725 Industrial Drive,    Bridgeview, IL 60455-2304
21160016   +Mario Diaz,    3148 S. Aberdeen,    Chciago, IL 60608-6550
21160017   +Maya Metals, Inc.,    903 West 35th Street 569,    Chicago, IL 60609-1539
21160019   +Mills Electric Company,    4828 Calumet Ave.,    Hammond, IN 46327-1899
21160024   +PNC BANK,    6750 MILLER ROAD,    BRECKSVILLE, OH 44141-3239
21160021    Paulson Oil Company,    3381 Solutions Company,    Chicago, IL 60677-3003
21160022   +Pediagroup Associates,    6300 W. Roosevelt,    Oak Park, IL 60304-2434
21160023   +Pirtek O'hare,    1499 Tonne Road,    Elk Grove Village, IL 60007-5003
21160025    Premium Assignment Corp.,    PO BOX 8000,    Tallahassee, FL 32314-8000
21160026   +Progressive Insurance,    Illinois Ins. Agency,    4410 W. Roosevelt,    Hillside, IL 60162-2072
21160027   +Purified Lubricants,    9629 West 194th Street,    Mokena, IL 60448-9301
21160028   +Querrey & Harrow, Ltd,    175 West Jackson Boulevard,    Suite 1600,    Chicago, IL 60604-2686
21160029   +Rock Valley,    1911 Windsor Rd.,    Rockford, IL 61111-4293
21160031   +Sunrise Electric Supply Co.,    130 S. Addison Rd.,    Addison, IL 60101-3865
21160032   +Teller, Levit & Silvertrust, P.C.,    19 S. LaSalle St.,    Suite 701,    Chicago, IL 60603-6369
21160033   +Total Staffing Solutions,    PO BOX 5665,    Naperville, IL 60567-5665
21160034   +United Collection Bureau, Inc.,    5620 Southwyck Blvd Suite 206,    Toledo, OH 43614-1501
21160035   +Universal Steel Company,    1230 E. Richey Rd.,    Houston, TX 77073-3516
21160037   +VHS Genesis Labs Inc.,    Clinical Medical Laboratory,    3231 Euclid Ave,
             Berwyn , IL 60402-4761
21160036    Vanguard Medical Group,    909 Hidden Ridge,    Suite 300,    Irving, TX 75038-3801
21160038   +Warren Oil Company,    PO BOX 40,    Summit, IL 60501-0040
21160039   +Wells Fargo Home Mortgage,    PO BOX 10335,    Des Moines, IA 50306-0335
```

```
District/off: 0752-1           User: gbeemster              Page 2 of 2                  Date Rcvd: Nov 25, 2014
                               Form ID: pdf006              Total Noticed: 79


21160040      +William W. Hartman,    6833 N. Kedzie, #513,    Chicago, IL 60645-2876
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21159974      +E-mail/Text: updates@brennanclark.com Nov 26 2014 01:26:40       Brennan & Clark, Co.,
                721 E. Madison,   Suite 200,    Villa Park, IL 60181-3083
21159988      +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 26 2014 01:27:33
                Credit Collection Services,    Two Wells Ave. Dept 9135,    Newton, MA 02459-3225
21159987       E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 26 2014 01:27:33
                Credit Collection Services,    PO Box 55126,    Boston, MA 02205-5126
21159989      +E-mail/Text: mail@creditdecisions.com Nov 26 2014 01:25:17
                Credit Decisions International, Ltd.,    95 Randall St.,   Elk Grove Village, IL 60007-1013
21159994       E-mail/Text: bknotice@erccollections.com Nov 26 2014 01:25:40
                Enhanced Recovery Company, LLC,    8014 Bayberry Rd.,   Jacksonville, FL 32256-7412
21159996       E-mail/Text: legal@fastenal.com Nov 26 2014 01:25:03       Fastenal Company,    PO BOX 978,
                Winona, MN 55987-0978
21160000       E-mail/Text: bk@gafco.net Nov 26 2014 01:25:29       Great American Finance Company,
                20 W WACKER DR,   SUITE 2275,    CHICAGO, IL 60606-3096
21160002      +E-mail/Text: bankruptcy.notices@hdfsi.com Nov 26 2014 01:27:18       Harley Davidson Credit,
                3850 ARROWHEAD DR,   CARSON CITY, NV 89706-2016
21160010      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 26 2014 01:24:33       Kohls/Chase,    PO BOX 3115,
                Milwaukee, WI 53201-3115
22212323      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 26 2014 01:34:06
                PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
21160030       E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Nov 26 2014 01:26:12
                State Farm Insurance,    PO BOX 2329,   Bloomington, IL 61702-2329
                                                                                               TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21160005     ##+Ingold Law,    5672 Main Street,   Williamsville, NY 14221-5518
21160018     ##+Michael O'Flaherty,    2310 S. Canal #401,   Chicago, IL 60616-2183
21160020      ##Nationwide Credit, Inc.,    1150 E. University Dr. First Floor,    Tempe, AZ 85281-8674
                                                                                  TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2014 at the address(es) listed below:
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Claudia   Badillo     on behalf of Joint Debtor Susan D. Morales claudia@schottlerlaw.com
              Claudia   Badillo     on behalf of Debtor Samuel   Morales claudia@schottlerlaw.com
              Mark R Schottler     on behalf of Joint Debtor Susan D. Morales mark@schottlerlaw.com,
               schottlerassociates@gmail.com
              Mark R Schottler     on behalf of Debtor Samuel   Morales mark@schottlerlaw.com,
               schottlerassociates@gmail.com
              Nisha B Parikh     on behalf of Creditor    Wells Fargo Bank, N.A. nparikh@fal-illinois.com,
               bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```