UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| MORALES, SAMUEL | § | Case No. 13-42197 |
| MORALES, SUSAN D. | § | |
| | § § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Harley Davidson Credit 3850 ARROWHEAD DR CARSON CITY , NV 89706 |  |  |  |  |  |
|  | PNC BANK 6750 MILLER ROAD BRECKSVILLE, OH 44141 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage PO BOX 10335 Des Moines, IA 50306 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 977 Praxair Distribution Inc. Dept. Ch. 10660 Palatine, IL 60055 | | | | | |
| | ACS/Access Group 501 Bleecker St. Utica, NY 13501 | | | | | |
| | Aetna Truck Parts 1133 W. Pershing Road Chicago, IL 60609 | | | | | |
| | American Gases Corp. 3949 Grove Ave. Gurnee, IL 60031 | | | | | |
| | Archer Engineering Co. 3154 South Archer Ave. Chicago, IL 60608 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barry A. Springer Attorney at Law 4350 Oakton, #206A Skokie, IL 60076 | | | | | |
| | Berkley Assigned Risk Services Riverprot Insurance Company PO BOX 59143 Minneapolis, MN 55459-0143 | | | | | |
| | Bill-Me-Later PO Box 2394 Omaha, NE 68103-2394 | | | | | |
| | Blue Cross Blue Shield 25550 Network Place Chicago, IL 60673-1255 | | | | | |
| | Brennan & Clark, Co. 721 E. Madison Suite 200 Villa Park, IL 60181 | | | | | |
| | Brown & Joseph, Ltd. PO BOX 59838 Schaumburg, IL 60159 | | | | | |
| | Camilleri Medical Center, Ltd. 2618 Ridgeland Berwyn, IL 60402-5184 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One/Best Buy Attn: Bankruptcy Department PO Box 85167 Richmond, VA 23285-5167 | | | | | |
| | Care Connection Plus 7277 Bernice Suite 103 Center Line, MI 48015-1227 | | | | | |
| | Chase Customer Service PO BOX 15299 Wilmington, DE 19850-5299 | | | | | |
| | Chase Customer Service PO BOX 15299 Wilmington, DE 19850-5299 | | | | | |
| | Chase Customer Service PO BOX 15299 Wilmington, DE 19850-5299 | | | | | |
| | Chase Customer Service PO BOX 15299 Wilmington, DE 19850-5299 | | | | | |
| | Chase/Bank One PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank PO BOX 6000 The Lakes, NV 89163-6000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Client Services 3451 Harry S. Truman Blvd. St. Charles, MO 63301 | | | | | |
| | Conoco Phillips Fleet PO BOX 412535 Kansas City, MO 64141 | | | | | |
| | Convergent Healthcare Recoveries, Inc. 124 SW Adams St., Suite 215 Peoria, IL 61602 | | | | | |
| | Cook County Department of Revenue PO BOX 94401 Chicago, IL 60690 | | | | | |
| | Corporate Creations Chicago, LLC 1443 W. Belmont Ave. #C Chicago, IL 60657 | | | | | |
| | Credit Collection Services PO Box 55126 Boston, MA 02205-5126 | | | | | |
| | Credit Collection Services Two Wells Ave. Dept 9135 Newton, MA 02459 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Decisions International, Ltd. 95 Randall St. Elk Grove Village, IL 60007 | | | | | |
| | D&S, LTD 13809 Research Blvd., Suite 800 Austin,TX 78750 | | | | | |
| | Douglas R. Johnson P.C. Law 321 N. Clark St., 5th Floor Chicago, IL 60654 | | | | | |
| | Drop Zone Portable Services PO BOX 964 Frankfort, IL 60423 | | | | | |
| | EDFINANCIAL/EDSOUTH 120 N SEVEN OAKS DR KNOXVILLE, TN 37922 | | | | | |
| | Enhanced Recovery Company, LLC 8014 Bayberry Rd. Jacksonville, FL 32256-7412 | | | | | |
| | Espana Welding 3525 W. 38th Place Chicago, IL 60632 | | | | | |
| | Fastenal Company PO BOX 978 Winona, MN 55987-0978 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GC Services Limited Partnership Collection Agency Division 6330 Gulfton Houston, TX. 77081 | | | | | |
| | Genesis Clinical Laboratory PO Box 830913 Birmingham, AL 35283-0913 | | | | | |
| | Goodyear/CBNA PO BOX 6497 SIOUX FALLS, SD 57117-6497 | | | | | |
| | Great American Finance Company 20 W WACKER DR SUITE 2275 CHICAGO, IL 60606-3096 | | | | | |
| | Greenberg, Grant & Richards, Inc. 5858 Westheimer Rd. Suite 500 Houston, TX 77057 | | | | | |
| | Herald Machine Works PO BOX 6331 7100 Industrial Hwy. Gary, IN 46406 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ingold Law 5672 Main Street Williamsville, NY 14221 | | | | | |
| | Integrity Solution Services, Inc. PO BOX 7230 Overland Park, KS 66207-0230 | | | | | |
| | JEI Inc. 1876 Custer Roberts Hollow Ln. Custer, KY 40115 | | | | | |
| | JP Morgan Chase Bank, NA Oak Park- Lake LPO 1048 Lake Street Oak Park, IL 60301 | | | | | |
| | Justine Zhou 2153 S. China Place Chicago, IL 60616 | | | | | |
| | Kohls/Chase PO BOX 3115 Milwaukee, WI 53201 | | | | | |
| | Law Offices of Ross Gelfand 1265 Minhinette Drive Suite 150 Roswell, GA 30075 | | | | | |
| | Lechner & Sons 420 Kingston Court Mt. Prospect, IL 60056 | | | | | |
| | M3 Financial Services PO BOX 7230 Westchester, IL 60154 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MacNeal Hospital 3249 S. Oak Park Ave. Berwyn, IL 60402 Attn: Billing/Collections | | | | | |
| | Manitex International 9725 Industrial Drive Bridgeview, IL 60455 | | | | | |
| | Maya Metals, Inc. 903 West 35th Street 569 Chicago, IL 60608 | | | | | |
| | Mills Electric Company 4828 Calumet Ave. Hammond, IN 46327 | | | | | |
| | Nationwide Credit, Inc. 1150 E. University Dr. First Floor Tempe, AZ 85281-8674 | | | | | |
| | Paulson Oil Company 3381 Solutions Company Chicago, IL 60677-3003 | | | | | |
| | Pediagroup Associates 6300 W. Roosevelt Oak Park, IL 60304 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pirtek O'hare 1499 Tonne Road Elk Grove Village, IL 60007 | | | | | |
| | Premium Assignment Corp. PO BOX 8000 Tallahassee, FL 32314-8000 | | | | | |
| | Progressive Insurance Illinois Ins. Agency 4410 W. Roosevelt Hillside, IL 60162 | | | | | |
| | Purified Lubricants 9629 West 194th Street Mokena, IL 60448 | | | | | |
| | Querrey & Harrow, Ltd 175 West Jackson Boulevard Suite 1600 Chicago, IL 60604-2827 | | | | | |
| | Rock Valley 1911 Windsor Rd. Rockford, IL 61111 | | | | | |
| | State Farm Insurance PO BOX 2329 Bloomington, IL 61702-2329 | | | | | |
| | Sunrise Electric Supply Co. 130 S. Addison Rd. Addison, IL 60101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Teller, Levit & Silvertrust, P.C. 19 S. LaSalle St. Suite 701 Chicago, IL 60603 | | | | | |
| | Total Staffing Solutions PO BOX 5665 Naperville, IL 60567 | | | | | |
| | United Collection Bureau, Inc. 5620 Southwyck Blvd Suite 206 Toledo, OH 43614 | | | | | |
| | United Collection Bureau, Inc. 5620 Southwyck Blvd Suite 206 Toledo, OH 43614 | | | | | |
| | Universal Steel Company 1230 E. Richey Rd. Houston, TX 77073 | | | | | |
| | VHS Genesis Labs Inc. Clinical Medical Laboratory 3231 Euclid Ave Berwyn , IL - 60402 | | | | | |
| | Vanguard Medical Group 909 Hidden Ridge Suite 300 Irving, TX 75038-3801 | | | | | |
| | Warren Oil Company PO BOX 40 Summit, IL 60501 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | William W. Hartman 6833 N. Kedzie, #513 Chicago, IL 60645 | | | | | |
| 000005 | ACCESS GROUP INC | | | | | |
| 000006 | ACCESS GROUP INC | | | | | |
| 000001 | AL WARREN OIL | | | | | |
| 000002 | ARCHER ENGINEERING CO. | | | | | |
| 000007 | CAPITAL ONE, N.A. | | | | | |
| 00008-1 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-42197 | JBS   Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MORALES, SAMUEL | | Date Filed (f) or Converted (c): | 10/29/13 (f) |
| | MORALES, SUSAN D. | | 341(a) Meeting Date: | 12/11/13 |
| For Period Ending: | 01/16/15 | | Claims Bar Date: | 10/16/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3114 S. Euclid, Berwyn, IL 60402 Single Family Hom | 120,000.00 | 0.00 | | 0.00 | FA |
| 2. One vacant lot of land in Guatemala | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 3. Checking account at Chase Bank | 135.00 | 0.00 | | 0.00 | FA |
| 4. Business Checking account at PNC Bank (RCS Equipme | 3,663.22 | 0.00 | | 0.00 | FA |
| 5. Checking account at Harris Bank #4797 | 116.71 | 0.00 | | 0.00 | FA |
| 6. Saving account at Chase Bank | 0.13 | 0.00 | | 0.00 | FA |
| 7. Misc. furniture, electronics, and appliances | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. Normal and necessary clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9. Misc. costume jewelry and wedding ring | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. One firearm | 500.00 | 0.00 | | 0.00 | FA |
| 11. IRA | 300.00 | 0.00 | | 0.00 | FA |
| 12. Debtor is 100% owner of RCS & Equipment, Inc., fka | Unknown | 0.00 | | 0.00 | FA |
| 13. Debtor has filed a patent on a "Disposable Paper B | 1,000.00 | 415.06 | | 0.00 | FA |
| 14. 2002 Volvo V70 | 2,500.00 | 100.00 | | 0.00 | FA |
| 15. 2006 American Iron Horse Motorcycle | 12,000.00 | 0.00 | | 0.00 | FA |
| 16. 2002 Volkswagen Passat | 2,000.00 | 0.00 | | 0.00 | FA |
| 17. TAX REFUND (u) Anticipated 2013 Federal Tax Return on amended Schedule B 12/23/13 | 10,000.00 | 0.00 | | 8,857.00 | FA |
| TOTALS (Excluding Unknown Values) | $160,715.06 | $5,515.06 | | $8,857.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

_____

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-42197    JBS   Judge: JACK B. SCHMETTERER | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MORALES, SAMUEL | Date Filed (f) or Converted (c): 10/29/13 (f) |
| | MORALES, SUSAN D. | 341(a) Meeting Date: 12/11/13 |
| | | Claims Bar Date: 10/16/14 |

ASSET REPORT FILED- SOME FUNDS HAS BEEN T.O TO TR.

TFR SUBMITTED 10.10.14 / COURT DATE 12/30/14

Initial Projected Date of Final Report (TFR): 12/31/14       Current Projected Date of Final Report (TFR): 12/31/14

FORM 2     Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 13-42197 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | MORALES, SAMUEL | | Bank Name: | ASSOCIATED BANK |
| | MORALES, SUSAN D. | | Account Number / CD #: | *******8728  Checking Account |
| Taxpayer ID No: | *******6942 | | | |
| For Period Ending: | 01/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/12/14 | 17 | SUSAN MORALES<br>4642 CUSTER<br>BROOKFIELD IL 60513 | TAX RETURNS | 1224-000 | 8,857.00 | | 8,857.00 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,847.00 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.73 | 8,834.27 |
| 12/30/14 | 010001 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation | 2100-000 | | 1,635.70 | 7,198.57 |
| 12/30/14 | 010002 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Claim # 8, Interim Distribution<br>Final Payment | 5800-000 | | 7,198.57 | 0.00 |

|  |  | COLUMN TOTALS | 8,857.00 | 8,857.00 | 0.00 |
| --- | --- | --- | --- | --- | --- |
| | | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 8,857.00 | 8,857.00 | |
| | | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 8,857.00 | 8,857.00 | |

| | | | NET | NET | ACCOUNT |
| --- | --- | --- | --- | --- | --- |
| | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Checking Account - *******8728 | | 8,857.00 | 8,857.00 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 8,857.00 | 8,857.00 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     8,857.00     8,857.00

Ver: 18.03b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-42197 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MORALES, SAMUEL | | Bank Name: | ASSOCIATED BANK |
| | MORALES, SUSAN D. | | Account Number / CD #: | *******8728  Checking Account |
| Taxpayer ID No: | *******6942 | | | |
| For Period Ending: | 01/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals    0.00    0.00

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*